

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CESAR R. POSADA, | § | No. 08-22-00101-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Three |
| OSVANIS LOZADA and TELS, INC., | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2018-DCV-4419) |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's summary judgment granted against the negligence claims brought by Appellant Cesar R. Posada against Appellee Osvanis Lozada, and remand those claims to the trial court for further proceedings. Additionally, we reverse the trial court's summary judgment granted against Appellant's negligence claims brought against Appellee TELS, Inc., for vicarious liability based on Appellee Lozada's negligence, and remand those claims to the trial court for further proceedings.

We further order that Appellees pay the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF SEPTEMBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Soto, J., dissenting